UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | Master File No. 5:18-md-2809-KKC<br><br>MDL Docket No. 2809 |

| | |
|---|---|
| **Earl Binns** | Individual File No. 5:18-83-KKC |
| **Gail Talton** | Individual File No. 5:18-84-KKC |
| **Catherine Woods** | Individual File No. 5:18-102-KKC |
| **Mattie Holmes** | Individual File No. 5:18-113-KKC |
| **Cheryll Campbell** | Individual File No. 5:18-135-KKC |
| **Mark Davis, Sr.** | Individual File No. 5:18-386-KKC |
| **Cindy McCugh** | Individual File No. 5:18-450-KKC |
| **Kathy Abshire** | Individual File No. 5:18-635-KKC |

## ORDER

In a prior order (DE 309 in 5:18-2809), the Court ORDERED certain plaintiffs, including all the plaintiffs referenced above, to show cause why their cases should not be dismissed with prejudice for failing to submit Plaintiff Profile Forms in accordance with this Court's Case Management Order No. 2 (DE 197 in 5:18-2809).

None of the above-referenced plaintiffs has shown cause why his or her case should not be dismissed. Only three of the above-referenced plaintiffs filed any response to the Court's order. Those plaintiffs are Mark Davis, Sr., Cindy McCugh, and Kathy Abshire (DE 323 in 5:18-2809). Their response was filed by attorney Daniel C. Burke.

As to plaintiff Davis, attorney Burke states Davis is no longer interested in pursuing his claim. As to plaintiffs McCugh and Abshire, attorney Burke states he informed McCugh and

Abshire of their obligation to complete and serve the Plaintiff Profile Form, mailed them each a Plaintiff Profile Form, and made repeated efforts to follow up with them. He states he has no knowledge of any circumstances precluding plaintiff McHugh from responding. With regard to plaintiff Abshire, attorney Burke states she was in a rehabilitation facility in May, and he is "under the impression" that her health is "likely preventing her from completing her PPF." Attorney Burke submits no evidence to support this impression. Attorney Burke requests additional time to contact these plaintiffs. The Court will deny that request. These plaintiffs have already been provided sufficient time to comply with the Court's order.

Accordingly, the Court hereby ORDERS that the above-referenced cases are DISMISSED with prejudice.

Dated August 1, 2019

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY